IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

        vs.        CASE NO: 21-00359-005 (PAD)

**Luis Roberto Alvarado-Reyes**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION NOTIFYING BAIL VIOLATION AND REQUESTING THAT THE PROBATION OFFICER BE ALLOW TO IMPLEMENT SUGGESTED SUPERVISION PLAN

  **COMES NOW, DAVID VAZQUEZ-REYES, U.S. PROBATION OFFICER of this Honorable Court,** providing the following information:

  1. On December 10, 2021, the Honorable Bruce J. McGiverin, U.S. Magistrate Judge, ordered the defendant's release on a $10,000 unsecured bond, with drug testing and other conditions of release.

  2. On February 16, 2022, during a routine home visit, and he provided a urine sample which yielded positive to the illegal use of marihuana and cocaine. He denied any use of any controlled substances. The sample was sent for confirmation to the National Testing Lab and on March 10, 2022, it validated the positive results to cocaine and marihuana.

  3. On March 23, 2022, the defendant reported to the U.S. Probation Office to discuss the positive drug tests and he admitted the consumption of cocaine, but he denied any use of marihuana. On this date, he provided a urine sample which yielded negative to the illegal use of any controlled substances. Subsequently, he also tested negative on March 29, 2022 and April 11, 2022.

4. As a monitoring strategy, the probation officer has enrolled the defendant in the Random Drug Testing Program and will closely monitor defendant's compliance by monitoring his participation and compliance in the program and continue to conduct randomly drug testing in the community.

**WHEREFORE**, it is respectfully requested that the probation officer be allowed to implement the recommended supervision plan. Any further violations to the conditions of release will be promptly reported to the Court for the appropriate action.

In San Juan, Puerto Rico, this 11th day of April 2022.

Respectfully submitted,

LUIS ENCARNACION-CANALES, CHIEF
U.S. PROBATION OFFICER

*s/David E. Vazquez Reyes*
David E. Vázquez-Reyes
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 225
San Juan, PR 00918
Tel. No. (787) 766-5596
Fax No. (787) 766-5945
david_vazquez@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico, this 11th day of April 2022.

*s/David E. Vazquez Reyes*
David E. Vázquez-Reyes
U.S. Probation Officer